AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 2:10-cr-00621-KJD-GWF |
| McKevin Maurice McNeal, aka Lil Duke Daddy | ) ) | | |
| *Defendant* | ) | | |

**ORDER SCHEDULING A DETENTION HEARING**

A continued detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Before the Honorable Magistrate Judge Lawrence R. Leavitt | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | January 11, 2011 at 10:00 a.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    Jan 5, 2011

*Judge's signature*

LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*