FILED
JUN 21 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )
                                )
   v.                           )    2:10-CR-00621-KJD (PAL)
                                )
MCKEVIN MAURICE MCNEAL, aka "Lil)
duke Daddy",                    )
                                )
         Defendant.             )

### ORDER OF FORFEITURE

On June 21, 2011, defendant MCKEVIN MAURICE MCNEAL, aka "Lil duke Daddy" pled guilty to Count Four of a Four-Count Criminal Indictment charging him in Count Four with Distribution of approximately 12.5 Grams of Cocaine Base in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii) and has agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment. Docket #__.

This Court finds that MCKEVIN MAURICE MCNEAL, aka "Lil duke Daddy"shall pay a criminal forfeiture money judgment of $1660.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 21, United States Code, Section 853(p); Title 21, United States Code, Sections 841(a)(1) and 846, 853(a)(1) and 853(p).

. . .

. . .

. . .

1     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MCKEVIN MAURICE MCNEAL, aka "Lil duke Daddy" a criminal forfeiture money judgment in the amount of $1660.00 in United States Currency.

DATED this 21st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE