FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 21 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. ) 2:10-CR-621-KJD (GWF)
)
MCKEVIN MAURICE MCNEAL, )
a.k.a. "Lil Duke Daddy," )
)
Defendant. )

### ORDER OF FORFEITURE

This Court found on June 21, 2011, that MCKEVIN MAURICE MCNEAL, a.k.a. "Lil Duke Daddy," shall pay a criminal forfeiture money judgment of $1,660.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) and 853(p). Docket #18, #19, #20.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MCKEVIN MAURICE MCNEAL a.k.a. "Lil Duke Daddy," a criminal forfeiture money judgment in the amount of $1,660.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1) and 853(p).

DATED this 21 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE