**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-o0o-**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   2:10-cr-621-KJD-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MCKEVIN MCNEAL, | ) | |
| | ) | |
| Defendant. | ) | |

On May 6, 2020, Defendant, McKevin McNeal, appeared by videoconference for his initial appearance on a violation of supervised release.  The Court is informed that Defendant is diagnosed with a seizure disorder and Sickle Cell Anemia.

On May 8, 2020, Defendant appeared by videoconference for his detention hearing. During the detention hearing, Defendant advised the Court that he was tested for the flu and COVID-19; however, CoreCivic informed the Court that Defendant's understanding was incorrect.  Before the close of the detention hearing, Defendant had a seizure.  The Court is concerned about Defendant's health given his documented and obvious medical conditions.

Accordingly, IT IS HEREBY ORDERED that CoreCivic **shall** conduct a COVID-19 test on Defendant no later than 5 p.m. on Monday, May 11, 2020.  If this is truly impossible, CoreCivic is to notify the U.S. Marshal Service for the District of Nevada and provide the date and time by which this test shall be conducted.

IT IS FURTHER ORDERED that the results of the test shall be communicated by email to the Courtroom Deputy for the undersigned (Elvia_Garcia@nvd.uscourts.gov) immediately upon receipt.

DATED this 11th day of May.

_____
ELAYNA J. YOUCHAH
United States Magistrate Judge