RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for McKevin Maurice McNeal

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00621-KJD-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| MCKEVIN MAURICE MCNEAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for McKevin Maurice McNeal, that the Preliminary Hearing currently scheduled on May 13, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than one week (7) days.

This Stipulation is entered into for the following reasons:

1. Mr. McNeal is being tested for COVID-19 and will not have the results until later this week. If Mr. McNeal tests negative for COVID-19, he will file an emergency motion

to reopen his detention hearing. The outcome of that hearing may eliminate the need for a preliminary hearing.

2. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 12th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>MCKEVIN MAURICE MCNEAL,<br><br>      Defendant. | Case No. 2:10-cr-00621-KJD-GWF<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 13, 2020 at the hour of 2:00 p.m., be vacated and continued to May 20, 2020 at the hour of 10:00 a.m. by video conference.

      DATED this 13th day of May, 2020.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE