# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MCKEVIN MAURICE MCNEAL,<br><br>  Defendant. | Case No. 2:10-cr-00621-KJD-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, IT IS THEREFORE ORDERED that the Status Conference Hearing currently scheduled on February 22, 2022, at 9:00 a.m., be vacated and that the case be closed.

DATED this <u>1st</u> day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE